IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **RUEBENA CRANDON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:12-CV-1155-L-BK** |
| | § | |
| **DEPARTMENT OF TEXAS** | § | |
| **WORKFORCE COMMISSION**, | § | |
| | § | |
| Defendant. | § | |

# ORDER

This case was referred to Magistrate Judge Renee Harris Tolliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on May 17, 2012, recommending that the action be dismissed for lack of subject matter jurisdiction. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses without prejudice** this action for lack of subject matter jurisdiction.

**It is so ordered** this 31st day of May, 2012.

Sam A. Lindsay
United States District Judge

Order – Solo Page